# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00126-CV

**Vanessa Cherry, Appellant**

**v.**

**Joseph Serio, Appellee**

### FROM THE WILLIAMSON COUNTY COURT AT LAW NO. 3
### NO. 02-1163-FC3, HONORABLE DONALD HIGGINBOTHAM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Vanessa Cherry has informed this Court that the underlying dispute has settled and that she no longer wishes to pursue her appeal. We grant appellant's request and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: May 20, 2008